# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| GGNSC CLARION LP D/B/A "GOLDEN LIVING CENTER - CLARION", GGNSC WARREN KINZUA VALLEY LP D/B/A "GOLDEN LIVING CENTER - KINZUA", GGNSC WILKES-BARRE II LP D/B/A "GOLDEN LIVING CENTER - SUMMIT", HARMARVILLAGE CARE CENTER LLC D/B/A HARMARVILLAGE CARE CENTER, PROVIDENCE CARE CENTER LLC D/B/A PROVIDENCE CARE CENTER, MULBERRY SQUARE ELDER CARE & REHABILITATION, LLC, GUARDIAN ELDER CARE AT CARLISLE, LLC, GUARDIAN ELDER CARE AT MOUNTAIN TOP I, LLC & REHABILITATION CENTER, GUARDIAN ELDER CARE AT NANTICOKE LLC, JEFFERSON HILLS MANOR LLC, BROOKLINE AT MIFFLINTOWN, INC., RELIANT AUDUBON HOLDINGS LLC, RELIANT EVERGREEN HOLDINGS LLC, RELIANT PALMYRA HOLDINGS LLC, RELIANT SILVER OAKS HOLDINGS LLC, RELIANT KADE HOLDINGS LLC, RELIANT COVENTRY HOLDINGS LLC, RELIANT OVERLOOK HOLDINGS LLC, RELIANT BRIARCLIFF HOLDINGS LLC, PENNSYLVANIA HEALTH CARE ASSOCIATION<br><br>v.<br><br>KATHLEEN G. KANE, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE COMMONWEALTH OF PENNSYLVANIA, AND COHEN MILSTEIN SELLERS & TOLL PLLC | No. 6 MAP 2016<br><br>Appeal from the Commonwealth Court order entered 1/11/2016 at No. 165 MD 2015, which sustained the preliminary objections of Kathleen Kane and Cohen Milstein Sellers & Toll PLLC and dismissed the petition for review seeking declaratory relief. |

APPEAL OF:  GGNSC CLARION LP
D/B/A "GOLDEN LIVING CENTER -
CLARION", GGNSC WARREN KINZUA
VALLEY LP D/B/A "GOLDEN LIVING
CENTER - KINZUA", GGNSC WILKES-
BARRE II LP D/B/A "GOLDEN LIVING
CENTER - SUMMIT", HARMARVILLAGE
CARE CENTER LLC D/B/A
HARMARVILLAGE CARE CENTER,
PROVIDENCE CARE CENTER LLC
D/B/A PROVIDENCE CARE CENTER,
MULBERRY SQUARE ELDER CARE &
REHABILITATION, LLC, GUARDIAN
ELDER CARE AT CARLISLE, LLC,
GUARDIAN ELDER CARE AT
MOUNTAIN TOP I, LLC &
REHABILITATION CENTER, GUARDIAN
ELDER CARE AT NANTICOKE LLC,
JEFFERSON HILLS MANOR LLC,
BROOKLINE AT MIFFLINTOWN, INC.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

GGNSC CLARION LP D/B/A "GOLDEN
LIVING CENTER - CLARION", GGNSC
WARREN KINZUA VALLEY LP D/B/A
"GOLDEN LIVING CENTER - KINZUA",
GGNSC WILKES-BARRE II LP D/B/A
"GOLDEN LIVING CENTER - SUMMIT",
HARMARVILLAGE CARE CENTER LLC
D/B/A HARMARVILLAGE CARE
CENTER, PROVIDENCE CARE CENTER
LLC D/B/A PROVIDENCE CARE
CENTER, MULBERRY SQUARE ELDER
CARE & REHABILITATION, LLC,
GUARDIAN ELDER CARE AT CARLISLE,
LLC,  GUARDIAN ELDER CARE AT
MOUNTAIN TOP I, LLC &
REHABILITATION CENTER, GUARDIAN
ELDER CARE AT NANTICOKE LLC,
JEFFERSON HILLS MANOR LLC,
BROOKLINE AT MIFFLINTOWN, INC.,
RELIANT AUDUBON HOLDINGS LLC,
RELIANT EVERGREEN HOLDINGS LLC,
RELIANT PALMYRA HOLDINGS LLC,
RELIANT SILVER OAKS HOLDINGS
LLC, RELIANT KADE HOLDINGS LLC,
RELIANT COVENTRY HOLDINGS LLC,

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

No. 7 MAP 2016

Appeal from the Commonwealth Court
order entered 1/11/2016 at No. 165 MD
2015, which sustained the preliminary
objections of Kathleen Kane and Cohen
Milstein Sellers & Toll PLLC and
dismissed the petition for review
seeking declaratory relief.

RELIANT OVERLOOK HOLDINGS LLC,    :
RELIANT BRIARCLIFF HOLDINGS LLC,   :
PENNSYLVANIA HEALTH CARE      :
ASSOCIATION                            :
                                   :
                                   :
                v.                 :
                                   :
                                   :
KATHLEEN G. KANE, IN HER OFFICIAL  :
CAPACITY AS ATTORNEY GENERAL    :
OF THE COMMONWEALTH OF         :
PENNSYLVANIA, AND COHEN          :
MILSTEIN SELLERS & TOLL PLLC     :
                                   :
                                   :
APPEAL OF: PENNSYLVANIA HEALTH  :
CARE ASSOCIATION               :

## ORDER

**PER CURIAM**                           **DECIDED: December 28, 2016**

     **AND NOW**, this 28th day of December, 2016, the Order of the Commonwealth Court is AFFIRMED.